**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7649**

_____

TOMMY DONERSON,

                Petitioner - Appellant,

     v.

ROBERT M. STEVENSON, III, Warden,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:09-cv-03040-RMG)

_____

Submitted:  February 28, 2011      Decided:  March 9, 2011

_____

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Tommy Donerson, Appellant Pro Se. Donald John Zelenka, Deputy Assistant Attorney General, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Donerson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the petition states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Donerson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss

the appeal.[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] We decline to consider the claims Donerson asserts for the first time on appeal.  See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

3